To the Honorable Judge Gibney

Hello dear Judge, I am writing to you for your help your Honor. I am having trouble with my public defender Rodolfo Cejes II I am not being represented properly. I have asked him for a fast and speedy trial. He has ignored my request and said that you your Honor set the date for August 28th.

I have requested a bond hearing numerous times at which he has refused to file with the court. It has been 6 weeks since I have been incarcerated at Western Tidewater Jail and have been represented by Mr. Cejas and 8 weeks in total.

Yesterday I had an arraignment hearing, and was told by the Magistrate Judge that it could in fact be done by filing of which has been denied by Mr. Cejas.

I am asking you your Honorable Judge for a speedy hearing on the bond, for my rights have been denied for 8 weeks.

Respectfully submitted,
Joseph Bourabah

Case No: 2:22 CR 72